# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:24-cv-02029-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| PATRIOT BANK, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint, filed on January 17, 2024. (ECF No. 1.) In accordance with the Consent Order (ECF No. 11), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 27, 2024
Date