IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) | |
|                 )  | |
|     Plaintiff,                                     ) | |
|                 )   No. 2:24-cv-02029-TLP-tmp | |
| v.                                                    ) | |
|                 )   JURY DEMAND | |
| PATRIOT BANK,                                  ) | |
|                 ) | |
|     Defendant.                                ) | |

**ORDER TERMINATING CONSENT ORDER AND DISMISSING THE CASE WITH PREJUDICE**

In January 2024, the United States ("Plaintiff") sued Patriot Bank. (ECF No. 1.) Shortly after, the parties jointly moved to enter a proposed consent order to resolve Plaintiff's claims. (ECF No. 2.) And on January 30, 2024, the Court entered a consent order. (ECF No. 11.) Plaintiff now moves unopposed for the Court to terminate the Consent Order and dismiss this case with prejudice. (ECF No. 17.) In support of the Motion, Plaintiff explains that "Patriot Bank has demonstrated a commitment to remediation and has reached substantial compliance with the monetary and injunctive terms of the Consent Order." (*Id.*) Plaintiff further explains that Patriot Bank has "committed to continuing its disbursement of the loan subsidy fund and to provide the United States confirmation of that disbursement upon completion." (*Id.* (citation omitted).)

For good cause shown, the Court **GRANTS** Plaintiff's Motion. The Consent Order is hereby **TERMINATED**, and the Court **DISMISSES** this case **WITH PREJUDICE**.

**SO ORDERED**, this 6th day of June, 2025.

                                              s/Thomas L. Parker
                                              THOMAS L. PARKER
                                              UNITED STATES DISTRICT JUDGE