# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:24-cv-02029-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| PATRIOT BANK, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on January 17, 2024. (ECF No. 1.) In accordance with the Order Terminating Consent Order and Dismissing the Case With Prejudice (ECF No. 18), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

June 10, 2025
Date